No. 391. FUKUNAGA *v.* HAWAII. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Eric Lyders*

for petitioner. Messrs. *George J. Hatfield, James F. Gilliland,* and *Francis Brooks* for respondent.

